UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ROBERT A. WILLIAMS, | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| vs. | ) Case No. 4:21-cv-00966-SRC |
| | ) |
| LG CHEM, LTD., | ) |
| | ) |
| Defendant(s). | ) |

## Order

This matter comes before the Court on [68] Plaintiff's Motion to Compel. The Court grants the motion in part and denies the motion in part, subject to the limitations provided below.

The Court denies Williams's motion as to Interrogatories Nos. 2 and 3 and Request for Production No. 35 without prejudice. The Court finds LG Chem's proposed dates reasonable. And since Williams has apparently "refused" to negotiate another reasonable temporal scope, doc. 71 at p. 2, the Court adopts LG Chem's proposed scope as the relevant discovery period for all interrogatories and requests for production at issue here unless otherwise noted.

The Court partially grants and partially denies Williams's motion as to Interrogatories Nos. 4 and 5. The Court finds LG Chem's limitation to the three models potentially at issue reasonable, especially in light of Williams's apparent refusal to negotiate a more targeted scope by identifying which model(s) may have caused his alleged injuries. Doc. 71 at p. 2. The Court, moreover, will not countenance Williams's apparent request for a temporal scope of unlimited duration, but it will impose LG Chem's elsewhere-proposed period of January 1, 2012, to August 7, 2018. Accordingly, LG Chem must produce only the types of information and documentation it has already agreed to produce for Interrogatories Nos. 4 and 5, but it must produce such

information and documentation that falls within the relevant discovery period of January 1, 2012, to August 7, 2018.

The Court partially grants Williams's motion as to Interrogatory No. 8.  LG Chem must answer with a list of all known incidents where a model MG1, MJ1, or MH1 18650 battery ignited, caught fire, or exploded, including in the developmental phase.

The Court partially grants Williams's motion as to Interrogatory No. 10.  LG must answer with the types of consumer products that, to its knowledge, use MG1, MJ1, or MH1 18650 batteries and are sold in Missouri.

The Court partially grants Williams's motion as to Interrogatory No. 15.  LG Chem must identify when it first became aware that 18650 batteries were being used in electronic cigarettes.

The Court partially grants Williams's motion as to Request for Production No. 32.  LG Chem must produce all videos and photographs of any test performed on model MG1, MJ1, and MH1 18650 batteries.

The Court denies Williams's motion as to Requests for Production Nos. 9, 13, 26, 56, and 57 without prejudice.

The Court expects the parties to fully comply with the deadlines set in the [44] Case Management Order.

So Ordered this 8th day of September 2022.

*SL R. CL*

**STEPHEN R. CLARK**
**UNITED STATES DISTRICT JUDGE**